LAUGHLIN, FALBO, LEVY & MORESI, LLP
ATTORNEYS AT LAW
200 S. LOS ROBLES AVENUE, SUITE 500
PASADENA, CA 91101-2431
TELEPHONE: (626) 568-9700
FACSIMILE: (626) 568-3905
PETER C. FLANDERKA, Esq. (State Bar No. 144538)
ATTORNEYS FOR DEFENDANTS
BERNARD M. SMUKLER and LINDA SMUKLER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO, | CASE No.: CV 00-05239 MMM (JWJx) |
| Plaintiff, | |
| vs. | STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO INITIAL COMPLAINT |
| BERNARD M. SMUKLER, an individual; LINDA SMUKLER, an individual; DAVID CHANG, an individual; and DOES 1 through 10, inclusive, | CTRM: 790 (Hon. Margaret Morrow) (Roybal Federal Bldg.) |
| Defendants. | TRIAL DATE: NONE<br>DISCOVERY CUTOFF: NONE<br>MOTION CUTOFF: NONE |

Defendants, BERNARD M. SMUKLER and LINDA SMUKLER (hereinafter collectively "Defendants"), and Plaintiff, JUAN MORENO (hereinafter "Plaintiff"), through their attorneys of record, hereby agree and stipulate as follows:

Good cause exists to extend by thirty (30) days the time for Defendants' written response to Plaintiff's initial complaint, pursuant to United States District Court Central District Local Rules, Rule 3.11.1. Accordingly, the parties hereby agree and stipulate that the deadline for Defendants' written response to Plaintiff's initial

complaint is extended from August 5, 2000 to September 5, 2000. The reason for the extension is that the parties have reached tentative settlement in this matter and are in the process of preparing settlement documents. Because of the pre-planned vacation of defense counsel, however, it may not be possible to finalize and execute the settlement and dismissal documents before the present August 5, 2000 deadline for Defendants' written response.

The parties previously stipulated to extend the initial deadline for filing of a responsive pleading from July 6, 2000 to August 5, 2000.

The parties further agree and stipulate that this Stipulation can be signed in counter-parts and by facsimile.

DATED: July 25, 2000

LAUGHLIN, FALBO, LEVY & MORESI, LLP
Attorneys at Law

By: _____
PETER C. FLANDERKA, Esq.
Attorneys for defendants
BERNARD M. SMUKLER and LINDA SMUKLER

DATED: July ___, 2000

CENTER FOR DISABILITY ACCESS, LLP

By: _____
MARK D. POTTER, Esq.
Attorneys for plaintiff
JUAN MORENO

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED.

Last Continuance.

DATED: August 1, 2000

_____
UNITED STATES DISTRICT COURT JUDGE

A:\STIP2.WPD

2

complaint is extended from August 5, 2000 to September 5, 2000. The reason for the extension is that the parties have reached tentative settlement in this matter and are in the process of preparing settlement documents. Because of the pre-planned vacation of defense counsel, however, it may not be possible to finalize and execute the settlement and dismissal documents before the present August 5, 2000 deadline for Defendants' written response.

The parties previously stipulated to extend the initial deadline for filing of a responsive pleading from July 6, 2000 to August 5, 2000.

The parties further agree and stipulate that this Stipulation can be signed in counter-parts and by facsimile.

DATED: July ___, 2000                LAUGHLIN, FALBO, LEVY & MORESI, LLP
                                     Attorneys at Law

                                     By: _____
                                     PETER C. FLANDERKA, Esq.
                                     Attorneys for defendants
                                     BERNARD M. SMUKLER and LINDA
                                     SMUKLER

DATED: July 25, 2000                 CENTER FOR DISABILITY ACCESS, LLP

                                     By: _____
                                     MARK D. POTTER, Esq.
                                     Attorneys for plaintiff
                                     JUAN MORENO

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED.


DATED: _____
                                     _____
A:\STIP2.WPD                         UNITED STATES DISTRICT COURT JUDGE

2

PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 200 S. Los Robles Ave., Suite 500, Pasadena, California 91101.

    On the date hereinbelow specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Pasadena, California, addressed as follows:

DATE OF SERVICE : July 25, 2000

DOCUMENT SERVED : STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO INITIAL COMPLAINT

COUNSEL SERVED : Mark D. Potter, Esq,
Center For Disability Access, LLP
2535 Kettner Boulevard, Suite 2A5
San Diego, California 92101-1253

**XXX** (BY REGULAR MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Pasadena, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

___ (BY FEDERAL EXPRESS)  I caused such envelope(s) to be delivered by air courier, with next day service.

___ (BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee(s).

    *   *   *

___ (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XXX** (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

    EXECUTED at Pasadena, California on July 25, 2000.

                                            _____
                                            JOANN TRUJILLO